6/30/2025 9:33 AM
Velva L. Price
District Clerk
Travis County
D-1-GN-19-000436
Selina Hamilton

CAUSE NO. D-1-GN-19-000436

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
6/30/2025 10:12:16 AM
CHRISTOPHER A. PRINE
Clerk

| | | |
|---|---|---|
| PATRICK COX, FOR HIMSELF AND AS AGENT FOR AOC RANCHES, LLC, TEAM ADVERTISING SERVICES, INC., CCLHR ENTERPRISES, LLC and VPIZZA RESTAURANT 001, LLC, *Plaintiffs*, | § § § § § § § § § | IN THE DISTRICT COURT 419TH JUDICIAL DISTRICT |
| vs. | § § | |
| THE STATE OF TEXAS, *Defendant*. | § § § | TRAVIS COUNTY, TEXAS |

_____

## DEFENDANT'S NOTICE OF ACCELERATED INTERLOCUTORY APPEAL
_____

The State of Texas respectfully appeals this Court's interlocutory order granting in part and denying in part Defendant's Plea to the Jurisdiction and Motion for Summary Judgment signed on June 16, 2025. Texas appeals to the Fifteenth Court of Appeals.

Texas is entitled to an interlocutory appeal pursuant to Texas Civil Practice and Remedies Code section 51.014(a)(8), which allows for an immediate appeal from an order that denies a plea to the jurisdiction. This is an accelerated appeal as provided by Texas Rule of Appellate Procedure 28.1. This is not a parental termination or child protection case, as defined in Texas Rule of Appellate Procedure 28.4.

On March 31, 2025, Plaintiffs filed an amended complaint, which contained a new cause of action. Because Texas filed and requested a hearing on its Plea to the Jurisdiction and Motion for Summary Judgment prior to 180 days after March 31, 2025, all proceedings in this court are automatically stayed pending resolution of this appeal. Tex. Civ. Prac. & Rem. Code § 51.014(b).

1

Pursuant to Texas Civil Practice and Remedies Code section 6.001, Texas is not required to file a supersedeas bond for court costs. Texas's appeal is therefore perfected upon the filing of this notice.

Respectfully Submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

KIMBERLY GDULA
Chief for General Litigation Division

*/s/ Ali M. Thorburn*
ALI THORBURN
Texas Bar No. 24125064
Assistant Attorney General
General Litigation Division
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(737) 330-4404 | FAX: (512) 320-0667
ali.thorburn@oag.texas.gov
***Counsel for Defendant***

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on June 30, 2025, a true and correct copy of the foregoing Notice of Accelerated Interlocutory Appeal has been served electronically through the electronic-filing manager in compliance with Texas Rule of Civil Procedure 21 to all counsel of record.

/s/ *Ali M. Thorburn*
**ALI M. THORBURN**

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Ariana Ines on behalf of Ali Thorburn
Bar No. 24125064
ariana.ines@oag.texas.gov
Envelope ID: 102570586
Filing Code Description: Notice of Appeal
Filing Description: DEFENDANT'S NOTICE OF ACCELERTED INTERLOCUTORY APPEAL
Status as of 6/30/2025 10:02 AM CST

Associated Case Party: PATRICK COX

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Reese Baker | 1587700 | courtdocs@bakerassociates.net | 6/30/2025 9:33:43 AM | SENT |
| Reese WalkerBaker | | reese.baker@sbcglobal.net | 6/30/2025 9:33:43 AM | SENT |

Associated Case Party: STATE OF TEXAS

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Raymond Abarca | | Raymond.Abarca@oag.texas.gov | 6/30/2025 9:33:43 AM | SENT |
| Ali Thorburn | | ali.thorburn@oag.texas.gov | 6/30/2025 9:33:43 AM | SENT |
| Cole Wilson | | Cole.Wilson@oag.texas.gov | 6/30/2025 9:33:43 AM | SENT |
| Summer EFisher | | summer.fisher@oag.texas.gove | 6/30/2025 9:33:43 AM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Ariana Ines | | ariana.ines@oag.texas.gov | 6/30/2025 9:33:43 AM | SENT |